IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:00CR63 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM** |
| CHARLES MARION, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel,

IT IS ORDERED that Defendant Marion's revocation hearing is scheduled to Friday, May 27, 2005, at 2:30 p.m., before the undersigned United States district judge, in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 9th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge